UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>MACOM,<br><br>             Plaintiff. | Case No. 15-cv-01999-JSC<br><br>**ORDER ADMINISTRATIVELY CLOSING CASE; INSTRUCTIONS TO CLERK** |

This case was opened on May 4, 2015, when Plaintiff, a prisoner of the State of California, filed a letter to the Honorable Thelton E. Henderson, two other federal judges and two lawyers complaining about conditions at the California Health Care Facility.  That day, the clerk notified Plaintiff that he had not filed a complaint or an application to proceed in forma pauperis ("IFP").  The Clerk also mailed to Plaintiff the Court's complaint and IFP forms, instructions for completing the forms, and a stamped return envelope.  Plaintiff has responded by filing a letter asking for the case to be dismissed and stating that he did not intend to file a lawsuit.  Accordingly, the Clerk shall administratively close this case has having been opened in error, and send an electronic copy of the letter (dkt. 1) and this order to Judge Henderson.  No fee is due.

**IT IS SO ORDERED.**

Dated: May 26, 2015

_Jacqueline Scott Corley_
JACQUELINE SCOTT CORLEY
United States Magistrate Judge